BERTA SCHRECK, Respondent, v. EMANUEL SCHRECK, Appellant.— After the entry of the final decree of divorce on August 10, 1953, an order and judgment (one paper) was made granting plaintiff's motion to enter judgment for $1,950 arrears of permanent alimony, modifying the divorce decree restricting the company of a child of the parties while in defendant's custody, and allowing plaintiff a counsel fee. Two orders dated October 16, 1953, were made denying defendant's motions to punish plaintiff for contempt for disobedience of the divorce decree and to appoint a referee to take a deposition. On November 10, 1953, an order was made denying defendant's motion to vacate the order and judgment (one paper) and the order with respect to plaintiff's contempt, and to reargue the motion with respect to the appointment of a referee. Defendant appeals. Orders dated October 16, 1953, and order dated November 10, 1953, insofar as it denied the motion to vacate, affirmed. No opinion. Appeal from order dated November 10, 1953, insofar as it denied the motion to reargue, dismissed. An order denying a motion to reargue is not appealable. (*Torchio* v. *Nacirema Operating Co.*, 283 App. Div. 675; *Winston* v. *Bendix Home Appliances*, 281 App. Div. 1047.) Order and judgment (one paper) modified on the law and the facts by striking from the second ordering paragraph the words and figure expressing $1,950 and by substituting therefor the words and figure expressing $1,800; by striking from the same paragraph the word and figure " thirteen (13) " and by substituting the word and figure " twelve (12) "; by striking from the third ordering paragraph the words and figure expressing $1,950 and by substituting therefor the words and figure expressing $1,800; and by striking therefrom the fourth ordering paragraph and by substituting in place thereof a provision denying the part of the motion to modify the custody provisions in the divorce decree. As so modified, judgment and order (one paper) unanimously affirmed. The papers on appeal show that appellant is in arrears of alimony for the period beginning with the week commencing June 29, 1953, and ending with the week commencing September 7, 1953, and for one week in March, 1953, a total of twelve weeks. The papers do not warrant modification of the final decree of divorce in respect of restricting the company of the boy while he is in appellant's custody. One bill of $10 costs and disbursements is allowed to respondent. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

BERTA SCHRECK, Respondent, v. EMANUEL SCHRECK, Appellant.— In a divorce action, the respondent moved for leave to enter a money judgment for arrears of alimony and support directed to be paid by the final decree of divorce. Appellant resisted the motion on the ground that respondent had removed the child of the parties from the jurisdiction and thereby destroyed his rights of visitation and custody granted by the decree. Respondent's motion was granted. Order and judgment (one paper) unanimously affirmed, with $10 costs and disbursements, without prejudice to a motion by appellant for modification of

the decree or for such other relief as he may be advised. Under section 1171-b of the Civil Practice Act, as amended by chapter 212 of the Laws of 1948, leave to enter the money judgment is discretionary. In view of our decision in *Altschuler* v. *Altschuler* (246 App. Div. 779), it may not be held on this record that there was an improvident exercise of discretion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.